U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JAN 05 2011

**FILED**

IN RE THE MATTER OF:

Prince Sage
(Petitioner's name)

Case No. 12-mj-02-02
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, __Prince Sage__ (name)

respectfully request appointment of counsel to represent me as a

- ☐ grand jury target
- ☐ grand jury witness
- ☑ criminal defendant
- ☐ trial witness

☐ other: _____

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/5/12

P. Sage
Signature of Petitioner

NOTE FOR GRAND JURY OR WITNESS REPRESENTATION REQUESTS: In order for a request for counsel to be considered by the court, the petitioner must attach either a 1) grand jury target letter, or 2) witness subpoena.

### RULING BY JUDICIAL OFFICER

☑ Request Approved. Appoint counsel.

☐ Request Denied.

Date: 1-5-12

U.S. Magistrate Judge

USDCNH-17 (Rev. 5-07) (Previous Editions Obsolete)