AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:12-mj-02-02 |
| Prince Sage | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Prince Sage

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

Bank Robbery, 18 USC 2113(a).

Date: 01/04/2012

_____
Issuing officer's signature

City and state:   Concord, New Hampshire

Landya B. McCafferty, MJ
Printed name and title

### Return

This warrant was received on (date) 01/04/2012, and the person was arrested on (date) 01/05/2012
at (city and state) Concord, NH.

Date: 01/05/2012

_____
Arresting officer's signature

BRIAN KEEFE  SPECIAL AGENT
Printed name and title