UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.      Cr. 1:12-CR-

Prince Sage
a/k/a New York

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 11th day of January, 2012.

This 11th day of January, 2012.

                JOHN P. KACAVAS
                United States Attorney

                /s/ Helen White Fitzgibbon
                Helen White Fitzgibbon
                Assistant U.S. Attorney

WARRANT ISSUED: _____