UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:12-CR-    -01- |
| | ) | |
| PRINCE SAGE | ) | |
| a/k/a "NEW YORK" | | |

INDICTMENT

The Grand Jury charges:

## COUNT ONE
[Bank Robbery - 18 U.S.C. § 2113(a)]

On or about December 19, 2011, in the District of New Hampshire, the defendant,

**PRINCE SAGE, a/k/a "NEW YORK"**

by force, violence and intimidation, did take from the person or presence of another money, that is, United States currency belonging to and in the care, custody, control, management, and possession of the Northeast Credit Union, 340 Wilson Street, Manchester, New Hampshire, a financial institution whose deposits were then insured by the National Credit Union Administration Board.

All in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

/s/ Grand Jury Foreperson
Grand Jury Foreperson

JOHN P. KACAVAS
United States Attorney

/s/ Helen White Fitzgibbon
Helen White Fitzgibbon
Assistant U.S. Attorney

January 11, 2012