UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

NO. 12 CR 01 01 JD

V.

PRINCE SAGE

ASSENTED TO MOTION TO CONTINUE

NOW COMES the accused, Prince Sage, by and through counsel, and hereby moves this Court to continue his detention hearing scheduled for January 12, 2012 at 2 p.m. to January l7, 2012 at 10:30 a.m.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court today at 2 p.m. for a detention hearing.

2. However, the accused was of the understanding that there was no hearing today and, therefore, reluctant to come to Court.

3. The accused is aware of the within Motion.

4. That the United States Attorney's Office assents to the within Motion.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

Date:  January 13, 2012        /S/Paul J. Garrity_____
                               Paul J. Garrity
                               14 Londonderry Road
                               Londonderry, NH 03053
                               434-4l06
                               No. 905

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 13th day of January, 2012, a copy of the within was e filed to the United States Attorney's Office, parties of record and mailed, postage prepaid, to Prince Sage.

/S/Paul J. Garrity
Paul J. Garrity