AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| United States of America<br>v.<br><br>Prince Sage<br>*Defendant* | )<br>)<br>) Case No. 1:12-cr -1-01- JD<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Prince Sage ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Bank Robbery, 18 USC 2113(a).

Date: 01/11/2012

_Kathy DuPont_
*Issuing officer's signature*

City and state: Concord, New Hampshire

_Kathy DuPont Deputy Clerk_
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/17/2012 , and the person was arrested on *(date)* 1/17/2012
at *(city and state)* U.S. Courthouse .

Date: 1/17/2012

_Paul Schmieder_
*Arresting officer's signature*

PAUL SCHMIEDER DUSM D/NH
*Printed name and title*