UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

NO. 12 CR 01 01 JD

V.

PRINCE SAGE

## ASSENTED TO MOTION TO CONTINUE

NOW COMES the accused, Prince Sage, by and through counsel, and hereby moves this Court to continue his March 20, 2012 Trial.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on March 20, 2012 for trial

2. However, the undersigned counsel has a trial previously schedule at the Hillsborough North Superior Court on March 19, 2012, a Motion to Continue was filed for this Trial but the Motion was denied

3. That the undersigned counsel is asking for more time to prepare for this Trial.

4. The accused is aware of the within Motion.

5. That Helen Fitzgibbon of the U.S. Attorney's Office assents to the within Motion.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

Date:  March 9, 2012     /S/Paul J. Garrity_____
                         Paul J. Garrity
                         14 Londonderry Road
                         Londonderry, NH 03053
                         434-4l06
                         No. 905

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 9th day of March, 2012, a copy of the within was e filed to the United States Attorney's Office, parties of record and mailed, postage prepaid, to Prince Sage.

                                              /S/Paul J. Garrity_____
                                              Paul J. Garrity