UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Criminal No. 12-cr-1-01-JD

<u>Prince Sage</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 18) filed by defendant is granted; the continuance is limited to 90 days.  Trial is continued to the two-week period beginning June 19, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                        <u>/s/ Joseph A. DiClerico, Jr.</u>
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

Date: March 9, 2012

cc:  Paul Garrity, Esq.
     Helen Fitzgibbon, Esq.
     U.S. Marshal
     U.S. Probation