I, Prince Sage, hereby waive my right to a speedy trial. I understand this waiver applies to my March 20, 2012 trial.

P. Sage
Prince Sage
5/14/12

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2012 MAY 17 P 12: 45