UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

NO. 12 CR 01 01 JD

V.

PRINCE SAGE

ASSENTED TO MOTION TO CONTINUE

NOW COMES the accused, Prince Sage, by and through counsel, and hereby moves this Court to continue his June 19, 2012 Trial.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court  on June 19, 2012 for trial

2. However, the  undersigned counsel has a trial previously schedule at the United States District Court, District of New Hampshire, U.S. v Jose Reyes,  on June 19, 2012 at 9:30 a.m.;

3. The accused is aware of the within Motion.

4. That the U.S. Attorney's Office assents to the within Motion.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

Date:  June 4, 2012            /S/Paul J. Garrity_____
                               Paul J. Garrity
                               14 Londonderry Road
                               Londonderry, NH 03053
                               434-4l06
                               No. 905

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 4th day of June, 2012, a copy of the within was e filed to the United States Attorney's Office, parties of record and mailed, postage prepaid, to Prince Sage.


/S/Paul J. Garrity_____
Paul J. Garrity