UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

NO. 12 CR 01 01 JD

V.

PRINCE SAGE

## ASSENTED TO MOTION TO CONTINUE

NOW COMES the accused, Prince Sage, by and through counsel, and hereby moves this Court to continue his September 12, 2012 Sentencing.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on September 12, 2012, at 10:00 a.m. for his trial;

2. However, the defendant is scheduling an evaluation with Dr. Mart. The evaluation will not be completed prior to the sentencing on September 12, 2012. The defendant is asking for additional time for the evaluation

3. In addition, the undersigned counsel has two pre-trial conferences scheduled at the 9th Circuit/District Division/Nashua Court at 8:15 a.m., a Plea and Sentencing Hearing scheduled at the Hillsborough Superior Court Southern District scheduled for 9:00 a.m. and a Habitual Offenders Hearing scheduled at the Department of Safety, Bureau of Hearings in Concord scheduled for 9:00 a.m., all also scheduled for September 12, 2012.

4. The accused is aware of the within Motion.

5. That Attorney Helen Fitzgibbon of the U.S. Attorney's Office assents to the within Motion.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

Date:  September 6, 2012                    /S/Paul J. Garrity_____
                                            Paul J. Garrity
                                            14 Londonderry Road
                                            Londonderry, NH 03053
                                            603-434-4l06
                                            No. 905

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 6th day of September, 2012, a copy of the within was e filed to the United States Attorney's Office, parties of record and mailed, postage prepaid, to Prince Sage.

                                            /S/Paul J. Garrity_____
                                            Paul J. Garrity